

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 12, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

   SPICEY LYNN SCALES
   2107 Grand Ave.
   Meridian, MS  39301

CHAPTER 13 PROCEEDING

24-02917 KMS

SSN:  XXX-XX-7756

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   IQOR
   attn: Payroll Dept
   6700 NORTH ANDREW AVE STE 600
   FORT LAUDERDALE, FL  33309

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net