United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-02917-KMS
Spicey Lynn Scales  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jan 23, 2026      Form ID: ntcdsm      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Spicey Lynn Scales, 2107 Grand Ave., Meridian, MS 39301-6652 |
| 5452505 | | Advance America, 935 Frontage Rd, Meridian, MS 39301 |
| 5452508 | + | East MS Health Care, 10330 Rd 375, Philadelphia, MS 39350-3249 |
| 5452509 | + | Flowood Capital Ortho, 104 Burnley Dr, Flowood, MS 39232-6621 |
| 5452516 | + | US Dept of Education, PO Box 7859, Madison, WI 53707-7859 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5457188 | + | EDI: COMCASTCBLCENT | Jan 24 2026 00:27:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5452506 | + | EDI: CAPITALONE.COM | Jan 24 2026 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5452507 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 23 2026 19:28:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5476659 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 23 2026 19:28:00 | Hope Federal Credit Union, C/O Hope Federal Credit Union, Attention Bankruptcy, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 5452510 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 23 2026 19:28:00 | Hope Fcu/dovenmuehle, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5472904 | | EDI: JEFFERSONCAP.COM | Jan 24 2026 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 5458525 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 19:37:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5452511 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 19:37:02 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5456148 | + | Email/Text: BKNC@rlselaw.com | Jan 23 2026 19:28:00 | Natalie Kareda Brown, Rubin Lublin, LLC, For Hope Federal Credit Union, 3145 Avalon Ridge Place Suite 100, Peachtree Corners, GA 30071-1570 |
| 5452512 | + | Email/Text: bankruptcy@ncaks.com | Jan 23 2026 19:28:00 | National Credit Adjust, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 5452513 | + | Email/Text: bankruptcy@ncaks.com | Jan 23 2026 19:28:00 | National Credit Adjust, P.O. Box 3023, 327 W 4th Street, Hutchinson, KS 67501-4842 |
| 5452514 | | Email/Text: newbk@Regions.com | Jan 23 2026 19:28:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5470147 | + | Email/Text: bncmail@w-legal.com | Jan 23 2026 19:28:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 23, 2026 | Form ID: ntcdsm | Total Noticed: 21 |

| 5452515 | ^ MEBN | Jan 23 2026 19:26:23 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5452517 | + Email/Text: ebone.woods@usdoj.gov | Jan 23 2026 19:28:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5452518 | + EDI: COMCASTCBLCENT | Jan 24 2026 00:27:00 | Xfinity/Comcast, 600 Galleria Pkwy SE, Atlanta, GA 30339-5994 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hope Federal Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor Hope Federal Credit Union nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Spicey Lynn Scales trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−02917−KMS
Chapter: 13

In re:
  Spicey Lynn Scales
  fka Spicey Lynn Scales−Burkett
  2107 Grand Ave.
  Meridian, MS 39301

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
  xxx−xx−7756

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on January 23, 2026.

Dated: 1/23/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600